DEBORAH S. TROPP, ESQ. – BAR NO. 162613
dtropp@mtbattorneys.com
VICTORIA C. GUROL, ESQ. – BAR NO. 364370
vgurol@mtbattorneys.com
MCNEIL, TROPP & BRAUN, LLP
4695 MacArthur Court, Suite 800
Newport Beach, California 92660
(949) 259-2890; Fax: (949) 259-2891
Attorneys for Defendant COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| JAMES RAYNOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; JOHN DOE; and DOES 1 to 20,<br><br>Defendants. | CASE NO.: 5:26-cv-01618-KK (SPx)<br><br>**ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** |

The Court, having reviewed the moving papers orders as follows:

1) Good Cause Appearing, the Court hereby approves the Stipulation and Protective Order (docket no. 15).

**IT IS SO ORDERED.**

Dated: August 6, 2026

SHERI PYM
United States Magistrate Judge